IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| JOSEPH CHARLES CAMPA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:22-CV-166-Z |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Respondent. | § | |

## NOTICE

Before the Court is Petitioner's Notice of Dismissal ("Notice") (ECF No. 17), filed on November 18, 2022. The filing is "a notice of dismissal" filed "before the opposing party serve[d] either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Respondent has done neither. Petitioner is entitled to voluntary dismissal without prejudice because a "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015)). Therefore, the Court **DIRECTS** the United States District Clerk to close the case. The Notice moots all pending motions. *See* ECF Nos. 5, 6.

The Court issues notice accordingly.

December 7, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE